**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------x
In Re:                                      Case No. 14-75448-ast
**Stephen Lawrence**                        Chapter: 7


**Debtor**
----------------------------------------------------------------x

## ORDER TO SHOW CAUSE

The debtor is directed to show cause before the undersigned at the United States Bankruptcy Court in Courtroom  **960**   United States Bankruptcy Court located at **290 Federal Plaza, Central Islip, New York, 11722** on    **January 20, 2015**     at **9:30 am**   why this case should not be dismissed for failure to file a mailing matrix with the Court pursuant to Local Bankruptcy Rule 1007-3(a)(i) and in accordance with the Court's Official Notice of Deficient Filing.

Responsive papers, if any, must be filed with the Court no later than 3 business days prior to the hearing date.



**Dated: December 16, 2014**                                              _____
**Central Islip, New York**                                                **Alan S. Trust**
                                                                           **United States Bankruptcy Judge**